**DISMISSED and Opinion Filed June 27, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00594-CV
No. 05-22-00595-CV
No. 05-22-00596-CV
No. 05-22-00597-CV

## IN RE JOSEPH DINGLER, Relator

**Original Proceedings from the County Court at Law No. 2**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR19-1769, CR19-1770, CR19-1771 & CR19-1772**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Garcia

Joseph Dingler has filed an original petition for writ of habeas corpus contending he is being illegally detained on pending misdemeanor charges in Rockwall County.[1]

This Court does not have original jurisdiction to consider petitions seeking habeas relief generated in connection with criminal proceedings. *See* TEX. CODE

---

[1] In the body of his petition, relator also asks for original habeas relief for a hold Travis County placed on him for a misdemeanor charge in Travis County. Because Travis County lies outside our district, we are without jurisdiction and take no action on relator's request for relief on the Travis County misdemeanor case. *See* TEX. GOV'T CODE § 22.201(f); *see also* TEX. CODE CRIM. PROC. art. 11.09 (requiring article 11.09 habeas application be brought before county judge in county in which misdemeanor is charged).

CRIM. PROC. art. 11.05; TEX. GOV'T CODE § 22.221(d); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *see also In re Thomas*, 05-14-01320-CV, 2014 WL 6546580, at *1 (Tex. App.— Dallas Oct. 23, 2014, orig. proceeding) (mem. op.).

We dismiss for want of jurisdiction relator's original petition for writ of habeas corpus.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220594F.P05